# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HACKETT, Lee A. and Nancy M., | ) | Case Number 08-82694 |
| | ) | (Chapter 7) |
| | ) | |
| Debtors. | ) | |

## MOTION TO AVOID JUDICIAL LIEN

NOW COME THE DEBTORS, Lee A. Hackett and Nancy M. Hackett, by their attorney, Charles E. Covey, and move this court for an order avoiding the judgment lien of Sunrise Ag Service Company. In support of this motion, the debtors state as follows:

1. The debtors filed a voluntary petition under chapter 7 of the Bankruptcy Code on October 6, 2008.

2. At the time the debtors filed their petition, the owned real estate commonly known as 609 E. Main, Bryant, Illinois.

3. The debtors' residence is worth approximately $95,000.00 and is encumbered by a mortgage in favor of Ipava State Bank in the approximate amount of $463,295.52.

4. The debtors are also entitled to a $30,000.00 homestead exemption.

5. The following creditor holds a judgment lien which impair the debtors' homestead exemption: Sunrise Ag Service Company, P. O. Box 108, Virginia, Illinois 62691 -- pursuant to a Memorandum of Judgment filed for record with the Fulton County Recorder of Deeds on September 4, 2008, as Document No. 0822540 to secure a judgment of $23,165.54 plus costs of $136.00 plus attorney's fees of $650.00.

6. The judgment lien of Sunrise Ag Service Company is avoidable pursuant to

§ 522(f) of the Bankruptcy Code and because it impairs the debtors' exemption.

WHEREFORE, debtors pray for the following relief:

A. That this court enter an order declaring the judgment lien of Sunrise Ag Service Company as void.

B. That this court enter an order requiring Sunrise Ag Service Company to immediately file a release of its judgment lien against the debtors' homestead real estate and forward a file-stamped copy to debtors' attorney, Charles E. Covey.

C. That this court grant such other relief as it deems just and proper.

Lee A. and Nancy M. Hackett

By:   __/s/ Charles E. Covey_____
      Their Attorney

### PROOF OF SERVICE

I, the undersigned, hereby certify that I mailed a copy of the above document to the following by first-class mail, postage pre-paid, on December 2, 2008:

Lee A. and Nancy M. Hackett, P. O. Box 118, Bryant, Illinois   61519

Sunrise Ag Service Company, P. O. Box 108, Virginia, Illinois   62691

Knuppel & Lindner, 124 W. Market Street, Havana, Illinois   62644-1191

2

A copy of this pleading is being electronically served on the United States Trustee and the chapter 7 trustee by the Bankruptcy Court.

                                                    /s/ Charles E. Covey
                                                    Charles E. Covey

Mr. Charles E. Covey  
Law Office of Charles E. Covey  
416 Main Street, Suite 700  
Commerce Bank Building  
Peoria, Illinois   61602  
Telephone:   (309) 674-8125