**IT IS SO ORDERED.**

**SIGNED THIS: January 13, 2009**

_____
**THOMAS L. PERKINS**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

**U N I T E D   S T A T E S   B A N K R U P T C Y   C O U R T**
**CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HACKETT, Lee A. and Nancy M., | ) | Case Number 08-82694 |
| | ) | (Chapter 7) |
| | ) | |
| Debtors. | ) | |

## ORDER AVOIDING LIEN

This cause coming on pursuant to the debtors' motion to avoid judicial lien and no response having been thereto, and the court being fully advised in the premises ORDERS AS FOLLOWS:

1. The debtors' motion to avoid judicial lien filed on December 2, 2008, is allowed.

2. The judicial lien of Sunrise Ag Service Company is void.

3. Creditor, Sunrise Ag Service Company, shall immediately file a release of its judgment lien with the Fulton County Recorder of Deeds and forward a file stamped copy of the release to debtors' attorney, Charles E. Covey, 416 Main Street, Suite 700,

1

Commerce Bank Building, Peoria, Illinois 61602.

  4. The debtors' attorney is not to be paid any additional fees for bringing this lien avoidance other than those fees shown on his Disclosure Statement previously filed, unless authorized by the court.

###