**IT IS SO ORDERED.**

**SIGNED THIS: August 14, 2009**

_____
**THOMAS L. PERKINS
UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| LEE A. HACKETT ) | CASE NO. 08-82694 |
| NANCY M. HACKETTT ) | |
| ) | |
| Debtor. ) | |

### ORDER

This matter being considered on the objection filed by Gary T. Rafool, the Trustee in these proceedings, to Claim No. 3 of Collection Professionals, Inc., in the amount of $2,438.30, proper notice being sent to interested parties, and no response being filed by said creditor.

IT IS HEREBY ORDERED that the Trustee's Objection is hereby allowed and that Claim No. 3, filed by Collection Professionals, Inc., is hereby denied.

###